UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    )<br>          Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>JAMES M. MOORE,    )<br>    )<br>          Defendant.    ) | Cause No. 1:08-cr-0137-01 (B/F) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that James M. Moore's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 4 months in the custody of the Attorney General or his designee. Upon Mr. Moore's release from confinement, he will be subject to 54 months of supervised release, four months of which will be served at a community corrections center. During his term of supervised release, he will be subject to the previously-imposed conditions ordered at the time of sentencing. Also, during his term of supervised release, defendant will not obtain any credit from any person or lending company or institution, including, but not limited to, debit cards, credit cards, or any other type of loan.

SO ORDERED this 18th day of February, 2010.

*Sarah Evans Barker*
SARAH EVANS BARKER, Judge
United States District Court
Southern District of Indiana

Distribution:

James Warden,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal